**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
Email: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 577-3029
Fax: (702) 577-3029
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MONIQUE BARAJAS, an Individual, | **CASE NO.: 2:24-cv-01434-EJY** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| FGB BIG TOP, LLC, a Domestic Limited-Liability Company; and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive, | |
| Defendant. | |

     Plaintiff Monique Barajas ("Plaintiff") and FGB BIG TOP, LLC ("Defendant") hereby agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure. This dismissal is made with prejudice, and each party bearing its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1    Dated: April 2, 2025.

2    **HKM EMPLOYMENT ATTORNEYS, LLP**          **KAEMPFER CROWELL**

3    /s/ *Dana Sniegocki*                        /s/ *Raleigh C. Thompson*
     Dana Sniegocki, Esq.                        Robert McCoy, Esq., No. 9121
4    Nevada Bar No. 11715                        Email: rmccoy@kcnvlaw.com
     Email: dsniegocki@hkm.com                   Raleigh C. Thompson, Esq., No. 11296
5    101 Convention Center Drive, Suite 600      Email: rthompson@kcnvlaw.com
     Las Vegas, Nevada 89109                     Ryan Daniels, Esq., No. 13094
6    Tel: (702) 577-3029                         Email: rdaniels@kcnvlaw.com
     Fax: (702) 577-3029                         1980 Festival Plaza Drive, Suite 650
7    *Attorneys for Plaintiff*                   Las Vegas, Nevada 89135
                                                 Telephone: (702) 792-7000
8                                                Facsimile: (702) 796-7181
                                                 *Attorneys for Defendant*
9                                                *FGB Big Top, LLC*

10

11

12

13                        **ORDER**

14

15    **IT IS SO ORDERED this 2nd day of April, 2025.**

16

17    _____
      **UNITED STATES MAGISTRATE JUDGE**
18    **CASE NO.: 2:24-cv-01434-EJY**

19

20

21

22

23

24

25

26

27

28